UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY KEITH MONK,

        Petitioner,                      Case Number: 08-CV-14001

v.                                      HON. BERNARD A. FRIEDMAN

BERRIEN COUNTY SHERIFF
DEPARTMENT, ET AL.,

        Respondent.
                                  /

## ORDER OF TRANSFER

Plaintiff Anthony Keith Monk has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place during his incarceration at the Berrien County Jail in St. Joseph, Michigan. The Berrien County Jail is located in the Western District of Michigan. *See* 28 U.S.C. § 102(b). Moreover, the defendants reside in Berrien County. Therefore, venue is not appropriate in this district. The Court will transfer this matter to the district where the claim arose and the defendants reside, the Western District of Michigan.

Accordingly,

IT IS ORDERED that Plaintiff's case is transferred to the United States District Court for the Western District of Michigan, Southern Division. The Clerk of Court shall transfer the Court file to the Western District of Michigan, Southern Division.

       S/Bernard A. Friedman
       BERNARD A. FRIEDMAN
       CHIEF UNITED STATES DISTRICT JUDGE

DATE: September 24, 2008

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Chief Judge Friedman